```
 1  DONALD W. REES (SBN 34329)
    drees@gordonrees.com
 2  LESLIE K. CRARY (SBN 148260)
    lcrary@gordonrees.com
 3  GORDON & REES LLP
    Embarcadero Center West
 4  275 Battery Street, Suite 2000
    San Francisco, CA 94111
 5  Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
 6
 7  Attorneys for Defendants PRUCO LIFE INSURANCE COMPANY,
    THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
```

FILED
2007 AUG 22 P 3: 16
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT

| | |
|---|---|
| YUPEI TIAN,<br>                Plaintiff,<br>vs.<br>PRUCO LIFE INSURANCE COMPANY,<br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA, and DOES 1<br>through 20, inclusive,<br>                Defendants. | CASE NO. C07 04343<br>(Santa Clara Sup. Ct. Case No.<br>107CV089580)<br><br>**CERTIFICATION AS TO INTERESTED PARTIES**<br><br>Complaint Filed: July 10, 2007 |

Pursuant to N.D. Civ. Local Rule 3-16, the undersigned, counsel of record for defendants PRUCO LIFE INSURANCE COMPANY and PRUDENTIAL INSURANCE COMPANY OF AMERICA, hereby certifies, on information and belief, that no non-parties have an interest in the outcome of this case other than the parties identified in the Complaint.

This certification is made to enable the Court to evaluate possible disqualification or recusal.

Dated: August 22, 2007

GORDON & REES LLP

By: _____
DONALD W. REES
LESLIE K. CRARY
Attorneys for Defendants PRUCO LIFE
INSURANCE COMPANY, PRUDENTIAL
INSURANCE COMPANY OF AMERICA

-1-
**CERTIFICATION AS TO INTERESTED PARTIES**

PRU/1046675/5061531v.1