1  DONALD W. REES (SBN 34329)
   drees@gordonrees.com
2  LESLIE K. CRARY (SBN 148260)
   lcrary@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6
   Attorneys for Defendants PRUCO LIFE INSURANCE COMPANY,
7  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

8                    UNITED STATES DISTRICT COURT

9                IN AND FOR THE NORTHERN DISTRICT

10  YUPEI TIAN,                      ) CASE NO. C07-04343 PVT
                      Plaintiff,     )
11       vs.                         ) (Santa Clara Sup. Ct. Case No. 107CV089580)
                                     )
12  PRUCO LIFE INSURANCE COMPANY,    ) **CERTIFICATE OF SERVICE OF NOTICE**
    THE PRUDENTIAL INSURANCE         ) **TO ADVERSE PARTY OF REMOVAL TO**
13  COMPANY OF AMERICA, and DOES 1   ) **FEDERAL COURT**
    through 20, inclusive,           )
14                    Defendants.    )
                                     )
15

16       I, Carol E. Romo, certify and declare as follows:

17       I am over the age of 18 years and not a party to this action. My business address is 275

18  Battery Street, Suite 2000, San Francisco, California which is located in the city, county and

19  state where the mailing described below took place.

20       On August 23, 2007, I deposited in the United States Mail a copy of the attached Notice

21  of Removal to Federal Court filed with the state court of this action on same date, properly

22  addressed to counsel for the adverse party.

23       I certify under penalty of perjury that the foregoing is true and correct.

24       Executed on August 24, 2007, at San Francisco, California.

25                                              _____
                                                        Carol E. Romo
26

27

28

                                            1
**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**
PRU/1046675/5066608v.1



| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | DONALD W. REES (SBN 34329)<br>LESLIE K. CRARY (SBN 148260)<br>GORDON & REES LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054 |

ENDORSED

2007 AUG 23 P 3: 33

D. Wendel

Attorneys for Defendants
PRUCO LIFE INSURANCE COMPANY and
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA

| YUPEI TIAN, | ) CASE NO. 107CV089580 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL TO FEDERAL COURT** |
| PRUCO LIFE INSURANCE COMPANY,<br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA, and DOES 1<br>through 20, inclusive, | ) Complaint Filed: July 10, 2007 |
| Defendants. | ) Trial Date: None Set |

TO PLAINTIFF YUPEI TIAN AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Northern District of California on August 22, 2007 (Case No. C07-04343 PVT). A copy of said Notice of Removal is attached to this Notice, and served and filed herewith.

Dated: August 23, 2007

GORDON & REES LLP

By: _____
Donald W. Rees
Leslie K. Crary
Attorneys for Defendants PRUCO LIFE
INSURANCE COMPANY, PRUDENTIAL
INSURANCE COMPANY OF AMERICA

PRD/1046675/5057695v.1

-1-
NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT