DONALD W. REES (SBN 34329)
drees@gordonrees.com
LESLIE K. CRARY (SBN 148260)
lcrary@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants PRUCO LIFE INSURANCE COMPANY,
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT

| | |
|---|---|
| YUPEI TIAN, <br> Plaintiff, <br> vs. <br> PRUCO LIFE INSURANCE COMPANY, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 20, inclusive, <br> Defendants. | CASE NO. C07-04343 PVT <br><br> (Santa Clara Sup. Ct. Case No. 107CV089580) <br><br> **CERTIFICATE OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, California. On August 24, 2007, I served the following documents

- **Dispute Resolution Procedures in the Northern District of California Handbook including ADR forms and instructions received at time of initiating this case with this Court;**

- **Notice of Assignment of Case to a United States Magistrate Judge for Trial;**

- **All other documents specified in Civil Local rule 4-2; and**

- **ECF Handout and all other related material received from this Court at time of initiating this case.**

by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at , addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage

1  thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party
2  served, service is presumed invalid if postal cancellation date or postage meter date is more than
3  one day after the date of deposit for mailing in affidavit.

**Plaintiff's Counsel:**
Nicholas Pastore, Esq.
Lisa Jeong Cummins, Esq.
CAMPBELL, WARBURTON, FITZSIMMONS
 SMITH, MENDEL & PASTORE
64 West Santa Clara Street
San Jose, CA 95113
(408) 295-7701 ph
(408) 295-1423 fax

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 24, 2007, at San Francisco, California.

_____
Carol E. Romo