United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

YUPEI TIAN                                    NO. CV 07-04343 PVT

                    Plaintiff,              **CLERK'S NOTICE RE: FAILURE
                                            TO FILE ELECTRONICALLY
    v.                                      AND/OR REGISTER AS AN E-
                                            FILER**

PRUCO LIFE INSURANCE COMPANY, ET AL
                    Defendant.
    ————————————————————/

On August 22, 2007, counsel for Defendant  filed a Notice of Removal and Certificate of Interested

Parties  manually, on paper.  This case has been designated for electronic filing, pursuant to Local Rule

5-4 and General Order 45.

The above mentioned  paper document has been filed and docketed. However, General Order 45

provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

presumptively designated" as e-filing cases. Therefore, counsel for Defendant   should submit the

documents , in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges

chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and

follow the procedure listed there).  Do ***not*** e-file a document which has been previously filed on paper,

as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

become an ECF User and be assigned a user ID and password for access to the system upon designation

of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

at ecf.cand.uscourts.gov.

Dated: August 27, 2007                        Betty Walton
                                              Deputy Clerk