NICHOLAS PASTORE, SB# 104776
npastore@campbellwarburton.com
LISA JEONG CUMMINS, SB# 118087
lcummins@campbellwarburton.com
CAMPBELL, WARBURTON, FITZSIMMONS,
    SMITH, MENDELL & PASTORE
64 West Santa Clara Street
San Jose, CA  95113-1806
Telephone:   (408)295-7701
Facsimile:    (408)295-1423

Attorneys for Plaintiff YUPEI TIAN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YUPEI TIAN,<br><br>              Plaintiff,<br><br>v.<br><br>PRUCO LIFE INSURANCE COMPANY, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 20, inclusive,<br><br>              Defendants. | **CASE NO.  C07-04343-PVT**<br><br>(Santa Clara County Superior Court Case No. 1-07-CV-089580)<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** |

     Plaintiff YUPEI TIAN hereby requests a jury trial, pursuant to Federal Rules of Civil Procedure, Rules 38, 39 and 57, of all issues in this matter which are triable of right by a jury.

DATED: September 4, 2007       CAMPBELL, WARBURTON, FITZSIMMONS,
                                               SMITH, MENDELL & PASTORE


                                 By:_____/s/_____
                                       LISA JEONG CUMMINS
                                   Attorneys for Plaintiff YUPEI TIAN