NICHOLAS PASTORE, SB# 104776
npastore@campbellwarburton.com
LISA JEONG CUMMINS, SB# 118087
lcummins@campbellwarburton.com
CAMPBELL, WARBURTON, FITZSIMMONS,
   SMITH, MENDELL & PASTORE
64 West Santa Clara Street
San Jose, CA  95113-1806
Telephone:   (408)295-7701
Facsimile:    (408)295-1423

Attorneys for Plaintiff YUPEI TIAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| YUPEI TIAN,<br><br>           Plaintiff,<br><br>v.<br><br>PRUCO LIFE INSURANCE COMPANY, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>           Defendants. | **CASE NO.  C07-04343-PVT**<br><br>(Santa Clara County Superior Court Case No. 1-07-CV-089580)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

     The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

//

//

Tian v. Pruco Life Ins. Co., et al.
Case No. C07-04343-PVT
Plaintiff's Declination of Magistrate and Request for Reassignment

| | | |
|---|---|---|
| 1 | DATED: September 6, 2007 | CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE |

By: _____/s/_____
     LISA JEONG CUMMINS
     Attorneys for Plaintiff YUPEI TIAN

Tian v. Pruco Life Ins. Co., et al.
Case No. C07-04343-PVT
Plaintiff's Declination of Magistrate and Request for Reassignment   - 2 -