**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**September 7, 2007**

**CASE NUMBER:  CV 07-04343 PVT**
**CASE TITLE:  YUPEI TIAN-v-PRUCO LIFE INSURANCE COMPANY, ET AL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  **Case assigned to the Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/06/07

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 09/07/07

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA