**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUPEI TIAN, | No. C 07-04343 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
| PRUCO LIFE INSURANCE COMPANY, ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for November 26, 2007 at 10:00 AM, has been reset to **December 17, 2007 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint case management conference by December 7, 2007.

Dated: October 31, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy