1  NICHOLAS PASTORE, SB# 104776
   npastore@campbellwarburton.com
2  LISA JEONG CUMMINS, SB# 118087
   lcummins@campbellwarburton.com
3  CAMPBELL, WARBURTON, FITZSIMMONS,
      SMITH, MENDELL & PASTORE
4  64 West Santa Clara Street
   San Jose, CA  95113-1806
5  Telephone:   (408)295-7701
   Facsimile:    (408)295-1423
6
   Attorneys for Plaintiff YUPEI TIAN
7

8

9
                    UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13

14  YUPEI TIAN,                    )    CASE NO.  C07-04343-JW
                                   )
15              Plaintiff,          )
                                   )
16  v.                             )    ADR CERTIFICATION BY
                                   )    PLAINTIFF AND COUNSEL
17  PRUCO LIFE INSURANCE           )
    COMPANY, THE PRUDENTIAL        )
18  INSURANCE COMPANY OF           )
    AMERICA,                       )
19                                 )
                Defendants.         )
20  _____ )

21

22

23      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that

24  he or she has:

25      (1)  Read the handbook entitled "*Dispute Resolution Procedures in the Northern District*

26  *of California*" on the Court's ADR Internet site www.adr.cand.uscourt.gov;

27      (2)  Discussed the available dispute resolution options provided by the Court and private

28  entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: November 21, 2007

                                                    /s/
YUPEI TIAN, Plaintiff

Dated: November 21, 2007          CAMPBELL, WARBURTON, FITZSIMMONS,
                                                     SMITH, MENDELL & PASTORE

                                          By:_____/s/_____
                                                  Lisa Jeong Cummins
                                                  Attorneys for Plaintiff
                                                  YUPEI TIAN

PURSUANT TO GENERAL ORDER 45,

I, Lisa Jeong Cummins, the ECF User transmitting and filing this **ADR CERTIFICATION BY PLAINTIFF AND COUNSEL**, attest that I have obtained the concurrence of my client Yupei Tian on this filing. I declare the foregoing under the penalty of perjury.

DATED: November 21, 2007          CAMPBELL, WARBURTON, FITZSIMMONS,
                                                     SMITH, MENDELL & PASTORE

                                          By:_____/s/_____
                                                  Lisa Jeong Cummins
                                                  Attorneys for Plaintiff
                                                  YUPEI TIAN