1  NICHOLAS PASTORE, SB# 104776
   npastore@campbellwarburton.com
2  LISA JEONG CUMMINS, SB# 118087
   lcummins@campbellwarburton.com
3  CAMPBELL, WARBURTON, FITZSIMMONS,
      SMITH, MENDELL & PASTORE
4  64 West Santa Clara Street
   San Jose, CA  95113-1806
5  Telephone:  (408)295-7701
   Facsimile:   (408)295-1423
6
   Attorneys for Plaintiff YUPEI TIAN
7

8

9
                      **UNITED STATES DISTRICT COURT**
10
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11
                              **SAN JOSE DIVISION**
12

13

14 | YUPEI TIAN,                          )  **CASE NO.  C07-04343-JW**
                                         )
15 |           Plaintiff,                )
                                         )
16 | v.                                   )  **STIPULATION AND [PROPOSED]**
                                         )  **ORDER SELECTING ADR PROCESS**
17 | PRUCO LIFE INSURANCE                 )
     COMPANY, THE PRUDENTIAL             )
18 | INSURANCE COMPANY OF                 )
     AMERICA,                             )
19 |                                      )
               Defendants.                )
20 | _____     )

21

22

23      Counsel report that they have met and conferred regarding ADR and have reached the

24 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

25 //

26 //

27 //

28 //

Tian v. Pruco Life Ins. Co., et al.  Case No. C07-04343-JW
Stipulation and Order Selecting ADR Process

1 | The parties agree to participate in the following ADR process:

2 | Court Processes:

3 | ☐ Non-binding Arbitration (ADR L.R. 4)

4 | ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

5 | ■ **Mediation (ADR L.R. 6)**

6 | Private Process:

7 | ☐ Private ADR: Mediation through JAMS

9 | The parties agree to hold the ADR session (MEDIATION) by:

10 | ■ **the presumptive deadline of 90 days from the date of the order**

11 | **referring the case to an ADR process, unless otherwise ordered**

12 | ☐ other requested deadline _____

15 | Dated: November 21, 2007        CAMPBELL, WARBURTON, FITZSIMMONS,
                                    SMITH, MENDELL & PASTORE

By:_____/s/_____
      Lisa Jeong Cummins
      Attorneys for Plaintiff
      YUPEI TIAN

21 | Dated: November 21, 2007        GORDON & REES, LLP

By:_____/s/_____
      Leslie K. Crary
      Attorneys for Defendants
      PRUCO LIFE INSURANCE COMPANY
      and THE PRUDENTIAL INSURANCE
      COMPANY OF AMERICA

1  PURSUANT TO GENERAL ORDER 45,

3  I, Lisa Jeong Cummins, the ECF User transmitting and filing this **STIPULATION AND**
4  **[PROPOSED] ORDER SELECTING ADR PROCESS**, attest that I have obtained the
5  concurrence of Leslie K. Crary on this filing.  I declare the foregoing under the penalty of perjury.

7  DATED: November 21, 2007                    CAMPBELL, WARBURTON, FITZSIMMONS,
                                               SMITH, MENDELL & PASTORE

                                               By:_____/s/_____
                                                     Lisa Jeong Cummins
                                                     Attorneys for Plaintiff
                                                     YUPEI TIAN

12  //
13  //
14  //

16  **[PROPOSED] ORDER**

17  Pursuant to the Stipulation above, the captioned matter is hereby referred to:
18       MEDIATION
19  Deadline for ADR session
20       ■    **90 days from the date of this order.**
21       ☐    other
22  IT IS SO ORDERED.

24  Dated:                                     _____
                                               UNITED STATES DISTRICT JUDGE