1  NICHOLAS PASTORE, SB# 104776
   npastore@campbellwarburton.com
2  LISA JEONG CUMMINS, SB# 118087
   lcummins@campbellwarburton.com
3  CAMPBELL, WARBURTON, FITZSIMMONS,
      SMITH, MENDELL & PASTORE
4  64 West Santa Clara Street
   San Jose, CA  95113-1806
5  Telephone:  (408)295-7701
   Facsimile:   (408)295-1423
6
   Attorneys for Plaintiff YUPEI TIAN
7

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | | |
|---|---|---|
| YUPEI TIAN, | ) | CASE NO.  C07-04343-JW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER SELECTING ADR PROCESS |
| PRUCO LIFE INSURANCE COMPANY, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

//
//
//
//

1  The parties agree to participate in the following ADR process:

2  Court Processes:

3  ☐ Non-binding Arbitration (ADR L.R. 4)

4  ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

5  ■ **Mediation (ADR L.R. 6)**

6  Private Process:

7  ☐ Private ADR:  Mediation through JAMS

8

9  The parties agree to hold the ADR session (MEDIATION) by:

10  ■ **the presumptive deadline of 90 days from the date of the order**

11  **referring the case to an ADR process, unless otherwise ordered**

12  ☐ other requested deadline _____

13

14

15  Dated: November 21, 2007             CAMPBELL, WARBURTON, FITZSIMMONS,
                                         SMITH, MENDELL & PASTORE
16

17
                                         By:_____/s/_____
18                                              Lisa Jeong Cummins
                                                Attorneys for Plaintiff
19                                              YUPEI TIAN

20

21  Dated: November 21, 2007             GORDON & REES, LLP

22

23                                       By:_____/s/_____
                                                Leslie K. Crary
24                                              Attorneys for Defendants
                                                PRUCO LIFE INSURANCE COMPANY
25                                              and THE PRUDENTIAL INSURANCE
                                                COMPANY OF AMERICA
26

27

28

Tian v. Pruco Life Ins. Co., et al.  Case No. C07-04343-JW
Stipulation and Order Selecting ADR Process             - 2 -

PURSUANT TO GENERAL ORDER 45,

I, Lisa Jeong Cummins, the ECF User transmitting and filing this **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**, attest that I have obtained the concurrence of Leslie K. Crary on this filing. I declare the foregoing under the penalty of perjury.

DATED: November 21, 2007             CAMPBELL, WARBURTON, FITZSIMMONS,
                                                            SMITH, MENDELL & PASTORE


                                                   By:_____/s/_____
                                                         Lisa Jeong Cummins
                                                         Attorneys for Plaintiff
                                                         YUPEI TIAN

//
//
//

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

MEDIATION

Deadline for ADR session

■     **90 days from the date of this order.**

☐     other

IT IS SO ORDERED.


Dated:     November 29, 2007                     _____
                                                                    UNITED STATES DISTRICT JUDGE