1  DONALD W. REES (SBN 34329)
   drees@gordonrees.com
2  LESLIE K. CRARY (SBN 148260)
   lcrary@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6
   Attorneys for Defendants
7  PRUCO LIFE INSURANCE COMPANY and
   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
8

9                      UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11

12 | YUPEI TIAN,                          ) CASE NO. C07 04343 JW
                       Plaintiff,         )
13 |       vs.                            ) **CERTIFICATE OF INTERESTED**
                                          ) **NON-PARTIES**
14 | PRUCO LIFE INSURANCE COMPANY,        )
     THE PRUDENTIAL INSURANCE             )
15 | COMPANY OF AMERICA, and DOES 1-20    ) Complaint Filed: July 10, 2007
     through 20, inclusive,               )
16 |                   Defendants.        ) Trial Date: None Set
                                          )
17

18     Pursuant to N.D. Civ. Local Rule 3-16, the undersigned, counsel of record for defendants

19 PRUCO LIFE INSURANCE COMPANY and PRUDENTIAL INSURANCE COMPANY OF

20 AMERICA, hereby certifies, on information and belief, that no non-parties have an interest in

21 the outcome of this case.

22     This certification is made to enable the Court to evaluate possible disqualification or

23 recusal.

24 Dated: December 3, 2007                  GORDON & REES LLP

25

26                                          By: _____
                                              DONALD W. REES
27                                            LESLIE K. CRARY
                                              Attorneys for Defendants PRUCO LIFE INS. CO.
28                                            and PRUDENTIAL INS. CO. OF AMERICA

---

C07 04343 JW, YUPEI TIAN v. PRUCO INSURANCE CO.
CERTIFICATE OF INTERESTED NON-PARTIES