NICHOLAS PASTORE, SB# 104776
npastore@campbellwarburton.com
LISA JEONG CUMMINS, SB# 118087
lcummins@campbellwarburton.com
CAMPBELL, WARBURTON, FITZSIMMONS,
   SMITH, MENDELL & PASTORE
64 West Santa Clara Street
San Jose, CA  95113-1806
Telephone:   (408)295-7701
Facsimile:   (408)295-1423

Attorneys for Plaintiff YUPEI TIAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| YUPEI TIAN,<br><br>            Plaintiff,<br><br>v.<br><br>PRUCO LIFE INSURANCE COMPANY, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Defendants. | **CASE NO.  C07-04343-JW**<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned hereby certifies that as of this date, other than the named parties, there is no interest as described in Rule 3-16(b)(1) and (2) to report.

DATED: December 7, 2007        CAMPBELL, WARBURTON, FITZSIMMONS,
                                                     SMITH, MENDELL & PASTORE


                                          By:_____/s/_____
                                                      Lisa Jeong Cummins
                                                      Attorneys for Plaintiff YUPEI TIAN