# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Tian,<br><br>          Plaintiff(s),<br><br>     v.<br><br>Pruco Life Insurance Company,<br><br>          Defendant(s). | 07-04343 JW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Jessica M Notini**
Notini Mediation Services
1306 Summit Road
Lafayette, CA 94549
925-938-5011

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04343 JW MED                              - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: December 14, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov