1  DONALD W. REES (SBN 34329)
   drees@gordonrees.com
2  LESLIE K. CRARY (SBN 148260)
   lcrary@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6
   Attorneys for Defendants
7  PRUCO LIFE INSURANCE COMPANY and
   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 YUPEI TIAN,                          ) CASE NO. C07 04343 JW
                                        )
13              Plaintiff,              ) **STIPULATION AND [PROPOSED]**
                                        ) **ORDER RE EXTENSION OF TIME TO**
14    vs.                               ) **CONDUCT MEDIATION**
                                        )
15 PRUCO LIFE INSURANCE COMPANY,        )
   THE PRUDENTIAL INSURANCE             )
16 COMPANY OF AMERICA, and DOES 1-20    )
   through 20, inclusive,               )
17                                      )
                Defendants.             )
18                                      )
                                        )
19

20              **STIPULATION**

21         On November 29, 2007, this Court referred this case to mediation and set a deadline for

22 completion of mediation 90 days from the date of its Order, i.e., on or before approximately

23 February 27, 2008. Counsel for the Defendants PRUCO LIFE INSURANCE COMPANY and

24 THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and for Plaintiff YUPEI

25 TIAN, as well as the assigned mediator, Jessica Notini, have conferred regarding their

26 availability and that of their respective clients.

27         The first mutually available date for the parties, their counsel, and the mediator is not

28 until March 18, 2008, and is subject to Defendants' counsel's ability to reschedule an Initial Case

- 1 -
STIPULATION AND [PROPOSED] ORDER
RE EXTENSION OF TIME TO CONDUCT MEDIATION (C07 04343 JW)

1  Management Conference before this Court for the same date in another matter. Defendants'
2  counsel is in the process of submitting a Stipulation and Proposed Order to postpone that
3  conference. If that conference is postponed, all parties, counsel and the mediator are prepared to
4  conduct mediation of this case on March 18, 2008.
5      Accordingly, the parties respectfully request the deadline for conducting mediation be
6  extended until April 25, 2008. This date will allow the parties additional time to reschedule
7  mediation in the event the March 18th date cannot be cleared.
8      IT IS HEREBY STIPULATED AND AGREED THAT:
9      The deadline for the completion of the mediation currently set for February 27, 2008 be
10 extended to April 25, 2008.

11 DATED: January 24, 2008      GORDON & REES LLP

13     By: _____/s/_____
14     DONALD W. REES
    LESLIE K. CRARY
15     ATTORNEYS for Defendants
    PRUCO LIFE INSURANCE COMPANY and THE
16     PRUDENTIAL INSURANCE COMPANY OF
17     AMERICA

19 DATED: January 24, 2008      CAMPBELL, WARBURTON, FITZSIMMONS,
    SMITH, MENDELL & PASTORE

22     By: _____/s/_____
    NICHOLAS PASTORE
    LISA JEONG CUMMINS
23     Attorneys for Plaintiff
24     YUPEI TIAN

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

- 2 -
STIPULATION AND [PROPOSED] ORDER
RE EXTENSION OF TIME TO CONDUCT MEDIATION (C07-04343JW)

1  I, LESLIE K. CRARY, hereby attest that Lisa Cummins, counsel for Plaintiff, concurs in
2  the filing of this stipulation.
3  DATED: January 24, 2008          By:        /s/
                                          LESLIE K. CRARY

## ORDER

IT IS HEREBY ORDERED that the deadline for the completion of the mediation be extended to April 25, 2008.

DATED: January __, 2008

_____
United States District Court Judge
James Ware