1  DONALD W. REES  (SBN 34329)
   drees@gordonrees.com
2  LESLIE K. CRARY  (SBN 148260)
   lcrary@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA  94111
5  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
6
   Attorneys for Defendants
7  PRUCO LIFE INSURANCE COMPANY and
   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  YUPEI TIAN,                          )  CASE NO. C07 04343 JW
                                         )
13                 Plaintiff,            )  **STIPULATION AND [PROPOSED]**
                                         )  **ORDER RE EXTENSION OF TIME TO**
14        vs.                            )  **CONDUCT MEDIATION**
                                         )
15  PRUCO LIFE INSURANCE COMPANY,        )
    THE PRUDENTIAL INSURANCE             )
16  COMPANY OF AMERICA, and DOES 1-20    )
    through 20, inclusive,               )
17                                       )
                   Defendants.           )
18                                       )
                                         )
19  _____

20                         **STIPULATION**

21        On November 29, 2007, this Court referred this case to mediation and set a deadline for

22  completion of mediation 90 days from the date of its Order, i.e., on or before approximately

23  February 27, 2008.  Counsel for the Defendants PRUCO LIFE INSURANCE COMPANY and

24  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and for Plaintiff YUPEI

25  TIAN, as well as the assigned mediator, Jessica Notini, have conferred regarding their

26  availability and that of their respective clients.

27        The first mutually available date for the parties, their counsel, and the mediator is not

28  until March 18, 2008, and is subject to Defendants' counsel's ability to reschedule an Initial Case

PRU/1046675/5322919v.1

- 1 -
STIPULATION AND [PROPOSED] ORDER
RE EXTENSION OF TIME TO CONDUCT MEDIATION (C07 04343 JW)

1  Management Conference before this Court for the same date in another matter.  Defendants'
2  counsel is in the process of submitting a Stipulation and Proposed Order to postpone that
3  conference.  If that conference is postponed, all parties, counsel and the mediator are prepared to
4  conduct mediation of this case on March 18, 2008.

5        Accordingly, the parties respectfully request the deadline for conducting mediation be
6  extended until April 25, 2008.  This date will allow the parties additional time to reschedule
7  mediation in the event the March 18th date cannot be cleared.

8        IT IS HEREBY STIPULATED AND AGREED THAT:

9        The deadline for the completion of the mediation currently set for February 27, 2008 be
10 extended to April 25, 2008.

11 DATED:  January 24, 2008          GORDON & REES LLP

By: _____/s/_____
DONALD W. REES
LESLIE K. CRARY
ATTORNEYS for Defendants
PRUCO LIFE INSURANCE COMPANY and THE
PRUDENTIAL INSURANCE COMPANY OF
AMERICA

DATED:  January 24, 2008          CAMPBELL, WARBURTON, FITZSIMMONS,
SMITH, MENDELL & PASTORE

By: _____/s/_____
NICHOLAS PASTORE
LISA JEONG CUMMINS
Attorneys for Plaintiff
YUPEI TIAN

*(Left margin: Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111)*

1  I, LESLIE K. CRARY, hereby attest that Lisa Cummins, counsel for Plaintiff, concurs in
2  the filing of this stipulation.
3  DATED: January 24, 2008                  By:  _____/s/_____
4                                                 LESLIE K. CRARY

## ORDER

IT IS HEREBY ORDERED that the deadline for the completion of the mediation be extended to April 25, 2008. The parties request for extension to complete mediation does not impact the Court's Scheduling Order on December 13, 2007. The Scheduling Order dates remain on calendar as previously scheduled.

DATED: January 28, 2008

*/s/ James Ware*
United States District Court Judge
James Ware

- 3 -
STIPULATION AND [PROPOSED] ORDER
RE EXTENSION OF TIME TO CONDUCT MEDIATION (C07-04343JW)