1  NICHOLAS PASTORE (SBN 104776)
   npastore@campbellwarburton.com
2  LISA JEONG CUMMINS (SBN 118087)
   lcummins@campbellwarburton.com
3  CAMPBELL, WARBURTON, FITZSIMMONS,
     SMITH, MENDELL & PASTORE
4  64 West Santa Clara Street
   San Jose, CA  95113-1806
5  Telephone:   (408)295-7701
   Facsimile:   (408)295-1423
6
   Attorneys for Plaintiff YUPEI TIAN
7
   DONALD W. REES (SBN 34329)
8  drees@gordonrees.com
   LESLIE K. CRARY (SBN 148260)
9  lcrary@gordonrees.com
   GORDON & REES LLP
10 Embarcadero Center West
   275 Battery Street, Suite 2000
11 San Francisco, CA 94111
   Telephone:   (415)986-5900
12 Facsimile:   (415)986-8054

13 Attorneys for Defendants PRUCO LIFE INSURANCE COMPANY
   and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
14

15

16
                  **UNITED STATES DISTRICT COURT**
17
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
18
                        **SAN JOSE DIVISION**
19

20

21 YUPEI TIAN,                          ) **CASE NO.  C07-04343-JW**
                                        )
22             Plaintiff,               )
                                        )
23      v.                              ) **STIPULATION AND [PROPOSED]**
                                        ) **ORDER AMENDING CASE**
24 PRUCO LIFE INSURANCE                 ) **SCHEDULE**
   COMPANY, THE PRUDENTIAL              )
25 INSURANCE COMPANY OF                 )
   AMERICA,                             )
26                                      )
               Defendants.              )
27 _____ )

28

Tian v. Pruco Life Ins. Co., et al.  Case No. C07-04343-JW
Stipulation and Proposed Order Amending Case Schedule

1  The parties conducted a mediation before Jessica Notini, Esq. on March 18, 2008.  The case was not resolved, but the parties are continuing to discuss the possibility of settlement.  Pursuant to the Court's December 13, 2007 Scheduling Order, the deadline for serving expert witness disclosures is on June 2, 2008, with rebuttal expert disclosures due on June 16, 2008.  The parties believe that continuance of these dates, as well as the other dates set forth in the Scheduling Order, by approximately thirty (30) days will facilitate continued settlement discussions and the possible resolution of this matter.  There have been no previous time modifications in this case.

THEREFORE, IT IS HEREBY STIPULATED, by and between all parties herein, by and through their respective counsel, and subject to Court approval, that the Case Schedule in the Court's December 13, 2007 Scheduling Order be amended to provide as follows:

## AMENDED CASE SCHEDULE

| | |
|---|---|
| Disclosure of Expert Witnesses (¶ 4) *(63 days before close of discovery)* | July 14, 2008 |
| Rebuttal Expert Witnesses (¶ 7) *(49 days prior to discovery cutoff)* | July 28, 2008 |
| Close of All Discovery (¶ 9) | September 15, 2008 |
| Last Date for Hearing Dispositive Motions (¶ 10) *(60 days after the Close of All Discovery)* | November 17, 2008 |
| Preliminary Pretrial Conference Statements (¶ 11) *(Due 10 days before conference)* | August 1, 2008 |
| Preliminary Pretrial Conference at 11:00 a.m. (¶ 12) *(30 days before the Close of All Discovery)* | August 11, 2008 |

IT IS RESPECTFULLY REQUESTED that the Court issue an Amended Scheduling Order conforming to the proposed Amended Case Schedule set forth above, based upon this Stipulation of the parties.

//
//
//
//

Tian v. Pruco Life Ins. Co., et al.  Case No. C07-04343-JW
Stipulation and Proposed Order Amending Case Schedule      - 2 -

| | | |
|---|---|---|
| 1 | DATED: May 23, 2008 | CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE |
| 2 | | |
| 3 | | |
| 4 | | By:_____/s/_____ Lisa Jeong Cummins Attorneys for Plaintiff |
| 5 | | YUPEI TIAN |
| 6 | | |
| 7 | DATED: May 23, 2008 | GORDON & REES LLP |
| 8 | | |
| 9 | | By:_____/s/_____ Leslie K. Crary |
| 10 | | Attorneys for Defendants PRUCO LIFE INSURANCE COMPANY |
| 11 | | and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA |
| 12 | | |
| 13 | // | |
| 14 | // | |
| 15 | // | |
| 16 | // | |
| 17 | // | |
| 18 | // | |
| 19 | // | |
| 20 | // | |
| 21 | // | |
| 22 | // | |
| 23 | // | |
| 24 | // | |
| 25 | // | |
| 26 | // | |
| 27 | // | |
| 28 | // | |

**[PROPOSED] ORDER**

BASED UPON THE ABOVE STIPULATION OF THE PARTIES, the Court hereby adopts the following dates set forth in the parties' Stipulation as its Amended Scheduling Order for the above-captioned case.

**AMENDED CASE SCHEDULE**

| | |
|---|---|
| Disclosure of Expert Witnesses (¶ 4)<br>*(63 days before close of discovery)* | July 14, 2008 |
| Rebuttal Expert Witnesses (¶ 7)<br>*(49 days prior to discovery cutoff)* | July 28, 2008 |
| Close of All Discovery (¶ 9) | September 15, 2008 |
| Last Date for Hearing Dispositive Motions (¶ 10)<br>*(60 days after the Close of All Discovery)* | November 17, 2008 |
| Preliminary Pretrial Conference Statements (¶ 11)<br>*(Due 10 days before conference)* | August 1, 2008 |
| Preliminary Pretrial Conference at 11:00 a.m. (¶ 12)<br>*(30 days before the Close of All Discovery)* | August 11, 2008 |

IT IS SO ORDERED.

DATED:

_____
JAMES WARE
United States District Judge

//
//
//
//
//
//
//

Tian v. Pruco Life Ins. Co., et al.  Case No. C07-04343-JW
Stipulation and Proposed Order Amending Case Schedule

- 4 -

1  PURSUANT TO GENERAL ORDER 45,

2  I, Lisa Jeong Cummins, the ECF User transmitting and filing this **STIPULATION AND**

3  **[PROPOSED] ORDER AMENDING CASE SCHEDULE**, attest that I have obtained the

4  concurrence of Leslie K. Crary on this filing.  I declare the foregoing under the penalty of perjury.

5

6  DATED: May 23, 2008             CAMPBELL, WARBURTON, FITZSIMMONS,
                                                            SMITH, MENDELL & PASTORE
7

8
                                             By:_____/s/_____
9                                                   Lisa Jeong Cummins
                                                         Attorneys for Plaintiff
10                                                      YUPEI TIAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Tian v. Pruco Life Ins. Co., et al.  Case No. C07-04343-JW
Stipulation and Proposed Order Amending Case Schedule          - 5 -