1  NICHOLAS PASTORE (SBN 104776)
   npastore@campbellwarburton.com
2  LISA JEONG CUMMINS (SBN 118087)
   lcummins@campbellwarburton.com
3  CAMPBELL, WARBURTON, FITZSIMMONS,
      SMITH, MENDELL & PASTORE
4  64 West Santa Clara Street
   San Jose, CA  95113-1806
5  Telephone:  (408)295-7701
   Facsimile:   (408)295-1423
6
   Attorneys for Plaintiff YUPEI TIAN
7
   DONALD W. REES (SBN 34329)
8  drees@gordonrees.com
   LESLIE K. CRARY (SBN 148260)
9  lcrary@gordonrees.com
   GORDON & REES LLP
10 Embarcadero Center West
   275 Battery Street, Suite 2000
11 San Francisco, CA 94111
   Telephone:  (415)986-5900
12 Facsimile:   (415)986-8054

13 Attorneys for Defendants PRUCO LIFE INSURANCE COMPANY
   and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
14

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware
5/27/2008

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUPEI TIAN,                          )<br>                                      )<br>           Plaintiff,                 )<br>                                      )<br>   v.                                 )<br>                                      )<br> PRUCO LIFE INSURANCE                 )<br> COMPANY, THE PRUDENTIAL              )<br> INSURANCE COMPANY OF                 )<br> AMERICA,                             )<br>                                      )<br>           Defendants.                )<br> _____) | **CASE NO.  C07-04343-JW**<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER AMENDING CASE<br>SCHEDULE** |

1  The parties conducted a mediation before Jessica Notini, Esq. on March 18, 2008. The case was not resolved, but the parties are continuing to discuss the possibility of settlement. Pursuant to the Court's December 13, 2007 Scheduling Order, the deadline for serving expert witness disclosures is on June 2, 2008, with rebuttal expert disclosures due on June 16, 2008. The parties believe that continuance of these dates, as well as the other dates set forth in the Scheduling Order, by approximately thirty (30) days will facilitate continued settlement discussions and the possible resolution of this matter. There have been no previous time modifications in this case.

THEREFORE, IT IS HEREBY STIPULATED, by and between all parties herein, by and through their respective counsel, and subject to Court approval, that the Case Schedule in the Court's December 13, 2007 Scheduling Order be amended to provide as follows:

**AMENDED CASE SCHEDULE**

| | |
|---|---|
| Disclosure of Expert Witnesses (¶ 4) *(63 days before close of discovery)* | July 14, 2008 |
| Rebuttal Expert Witnesses (¶ 7) *(49 days prior to discovery cutoff)* | July 28, 2008 |
| Close of All Discovery (¶ 9) | September 15, 2008 |
| Last Date for Hearing Dispositive Motions (¶ 10) *(60 days after the Close of All Discovery)* | November 17, 2008 |
| Preliminary Pretrial Conference Statements (¶ 11) *(Due 10 days before conference)* | August 1, 2008 |
| Preliminary Pretrial Conference at 11:00 a.m. (¶ 12) *(30 days before the Close of All Discovery)* | August 11, 2008 |

IT IS RESPECTFULLY REQUESTED that the Court issue an Amended Scheduling Order conforming to the proposed Amended Case Schedule set forth above, based upon this Stipulation of the parties.

//
//
//
//

Tian v. Pruco Life Ins. Co., et al.  Case No. C07-04343-JW
Stipulation and Proposed Order Amending Case Schedule         - 2 -

| | | |
|---|---|---|
| 1 | DATED: May 23, 2008 | CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE |

By:_____/s/_____
    Lisa Jeong Cummins
    Attorneys for Plaintiff
    YUPEI TIAN

DATED: May 23, 2008          GORDON & REES LLP

By:_____/s/_____
    Leslie K. Crary
    Attorneys for Defendants
    PRUCO LIFE INSURANCE COMPANY
    and THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1  **[PROPOSED] ORDER**

3  BASED UPON THE ABOVE STIPULATION OF THE PARTIES, the Court hereby adopts the following dates set forth in the parties' Stipulation as its Amended Scheduling Order for the above-captioned case.

**AMENDED CASE SCHEDULE**

| | |
|---|---|
| Disclosure of Expert Witnesses (¶ 4)<br>*(63 days before close of discovery)* | July 14, 2008 |
| Rebuttal Expert Witnesses (¶ 7)<br>*(49 days prior to discovery cutoff)* | July 28, 2008 |
| Close of All Discovery (¶ 9) | September 15, 2008 |
| Last Date for Hearing Dispositive Motions (¶ 10)<br>*(60 days after the Close of All Discovery)* | November 17, 2008 |
| Preliminary Pretrial Conference Statements (¶ 11)<br>*(Due 10 days before conference)* | August 15 2008 |
| Preliminary Pretrial Conference at 11:00 a.m. (¶ 12)<br>*(30 days before the Close of All Discovery)* | August 25 2008 |

IT IS SO ORDERED.

The date for the Preliminary Pretrial Conference is modified to accomodate the Court's scheduling availabilty, all other dates remain as stipulated.

DATED: May 27, 2008

_____
JAMES WARE
United States District Judge

22  //
23  //
24  //
25  //
26  //
27  //
28  //

Tian v. Pruco Life Ins. Co., et al.  Case No. C07-04343-JW
Stipulation and Proposed Order Amending Case Schedule     - 4 -

PURSUANT TO GENERAL ORDER 45,

I, Lisa Jeong Cummins, the ECF User transmitting and filing this **STIPULATION AND [PROPOSED] ORDER AMENDING CASE SCHEDULE**, attest that I have obtained the concurrence of Leslie K. Crary on this filing.  I declare the foregoing under the penalty of perjury.

DATED: May 23, 2008                          CAMPBELL, WARBURTON, FITZSIMMONS,
                                                          SMITH, MENDELL & PASTORE


By:_____/s/_____
     Lisa Jeong Cummins
     Attorneys for Plaintiff
     YUPEI TIAN