# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Tian<br><br>         Plaintiff(s),<br><br>    v.<br><br>Pruco Life Insurance Company<br><br>         Defendant(s). | No. C 07-04343 JW MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a Mediation on 3/18/2008.
2. Did the case settle?    No.
3. If the case did not settle fully, is any follow-up contemplated?
   ___ another session scheduled for
   _X_ discussions expected/ongoing
   ___ no
4. **IS THIS ADR PROCESS COMPLETED?    No.**

Dated:    June 9, 2008            /s/
                                  **Mediator**, **Jessica M Notini**
                                  Notini Mediation Services
                                  1306 Summit Road
                                  Lafayette, CA 94549

**Certification of ADR Session**
07-04343 JW MED