**FILED**

JUL 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Tian,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Pruco Life Insurance Company,<br><br>　　　　Defendant(s). | No. C 07-04343 JW MED<br><br>**Certification of ADR Session** |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __3/17/08__

2. Did the case settle?　　☐ fully　　☐ partially　　☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _those were held but did not result in settlement_

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?　　☒ YES　　☐ NO

Dated:　__6/9/08__　　　_____
　　　　　　　　　　　　　Mediator, Jessica M Notini
　　　　　　　　　　　　　Notini Mediation Services
　　　　　　　　　　　　　1306 Summit Road
　　　　　　　　　　　　　Lafayette, CA 94549

**Certification of ADR Session**
07-04343 JW MED