1  DONALD W. REES  (SBN 34329)
   drees@gordonrees.com
2  LESLIE K. CRARY  (SBN 148260)
   lcrary@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA  94111
5  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
6
   Attorneys for Defendants
7  PRUCO LIFE INSURANCE COMPANY and
   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
8
   NICHOLAS PASTORE  (SBN 104776)
9  npastore@campbellwarburton.com
   LISA JEONG CUMMINS  (SBN 118087)
10 lcummins@campbellwarburton.com
   CAMPBELL, WARBURTON, FITZSIMMONS
11   SMITH, MENDEL & PASTORE
   64 West Santa Clara Street
12 San Jose, CA   95113
   Telephone:  (408) 295-7701
13 Facsimile:  (408) 295-1423

14 Attorneys for Plaintiff

15

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| YUPEI TIAN, | CASE NO. C07 04343 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE** |
| PRUCO LIFE INSURANCE COMPANY, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1-20 through 20, inclusive, | **[FED. R. CIV. R. 41]** |
| Defendants. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Confidential Settlement Agreement reached by and between the parties identified herein, the undersigned,

counsel of record for plaintiff YUPEI TIAN, and defendants PRUCO LIFE INSURANCE COMPANY and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, respectively, do hereby AGREE and STIPULATE that the above-captioned case be dismissed, in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: August 15, 2008   CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE

By: ___/s/___
NICHOLAS PASTORE
Attorneys for Plaintiff
YUPEI TIAN

DATED: August 15, 2008   GORDON & REES LLP

By: ___/s/___
LESLIE K. CRARY
ATTORNEYS for Defendants
PRUCO LIFE INSURANCE COMPANY and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

I, LESLIE K. CRARY, hereby attest that NICHOLAS PASTORE, counsel for Plaintiff, concurs in the filing of this stipulation.

DATED: August 15, 2008   By: ___/s/___
LESLIE K. CRARY

**IT IS SO ORDERED.**

DATED: _____, 2008

_____
United States District Court Judge