| | |
|---|---|
| 1 | DONALD W. REES  (SBN 34329) |
| | drees@gordonrees.com |
| 2 | LESLIE K. CRARY  (SBN 148260) |
| | lcrary@gordonrees.com |
| 3 | GORDON & REES LLP |
| | Embarcadero Center West |
| 4 | 275 Battery Street, Suite 2000 |
| | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 986-5900 |
| | Facsimile:  (415) 986-8054 |
| 6 | |
| 7 | Attorneys for Defendants |
| | PRUCO LIFE INSURANCE COMPANY and |
| | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA |
| 8 | |
| 9 | NICHOLAS PASTORE  (SBN 104776) |
| | npastore@campbellwarburton.com |
| | LISA JEONG CUMMINS  (SBN 118087) |
| 10 | lcummins@campbellwarburton.com |
| | CAMPBELL, WARBURTON, FITZSIMMONS |
| 11 |   SMITH, MENDEL & PASTORE |
| | 64 West Santa Clara Street |
| 12 | San Jose, CA   95113 |
| | Telephone:  (408) 295-7701 |
| 13 | Facsimile:  (408) 295-1423 |

**GRANTED**
*Judge James Ware*
8/18/2008

14  Attorneys for Plaintiff

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

19  YUPEI TIAN,                             )  CASE NO. C07 04343 JW
                                            )
20              Plaintiff,                  )  **STIPULATION AND [PROPOSED]**
                                            )  **ORDER RE: VOLUNTARY DISMISSAL**
21     vs.                                  )  **WITH PREJUDICE**
                                            )  **[FED. R. CIV. R. 41]**
22  PRUCO LIFE INSURANCE COMPANY,           )
    THE PRUDENTIAL INSURANCE                )
23  COMPANY OF AMERICA, and DOES 1-20       )
    through 20, inclusive,                  )
24                                          )
                                            )
25              Defendants.                 )
                                            )
26  _____    )

27         Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Confidential

28  Settlement Agreement reached by and between the parties identified herein, the undersigned,

counsel of record for plaintiff YUPEI TIAN, and defendants PRUCO LIFE INSURANCE COMPANY and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, respectively, do hereby AGREE and STIPULATE that the above-captioned case be dismissed, in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: August 15, 2008     CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE

By: ___/s/___
NICHOLAS PASTORE
Attorneys for Plaintiff
YUPEI TIAN

DATED: August 15, 2008     GORDON & REES LLP

By: ___/s/___
LESLIE K. CRARY
ATTORNEYS for Defendants
PRUCO LIFE INSURANCE COMPANY and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

I, LESLIE K. CRARY, hereby attest that NICHOLAS PASTORE, counsel for Plaintiff, concurs in the filing of this stipulation.

DATED: August 15, 2008     By: ___/s/___
LESLIE K. CRARY

**IT IS SO ORDERED.**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

DATED: ___August 18___, 2008

_James Ware_
United States District Court Judge